HMK/mb FS 7903

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MAN FERROSTAAL, Inc. now known as
FERROSTAAL METALS GROUP, INC.

                              Plaintiff,                    07 CIV 11407 (PAC)(DFE)
                                                        ECF CASE

  - against -

M/V SEA SWIFT, her engines, boilers, tackle, etc.,      **RULE 7.1 STATEMENT**
SEA SWIFT MARITIME INC., COSCO BULK
CARRIER CO. LTD. (COSCO BULK),
DALIAN SHOYO INTERNATIONAL
TRANSPORTATION CO., LTD.

                              Defendants.
------------------------------------------------------------------X

     PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: December 17, 2007

                                                  KINGSLEY, KINGSLEY & CALKINS
                                                  Attorneys for Plaintiff


                                                  BY:___/S/_____
                                                     HAROLD M. KINGSLEY
                                                     91 W. Cherry Street
                                                     Hicksville, New York 11801
                                                     (516) 931-0064