UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Man Ferrostaal, Inc. Now known as Ferrostaal Metals Groups, Inc.

       Plaintiff,

      -V-

M/V Sea Swift, her engines, boilers, tackle, etc., Sea Swift Maritimes Inc., Cosco Bulk Carrier Co. Ltd. (Cosco Bulk), Dalian Shoyo International Transportation Co. Ltd.

       Defendants,

**CERTIFICATE OF MAILING**

07 CV 11407 (PAC)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**4ᵗʰ day of January, 2008**

I served the

SUMMONS & Verified Complaint with Prayer for Maritime Attachment

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**19ᵗʰ day of December, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 896 276 US**

J. Michael McMahon
_____
      CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 2, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



...L, INC.  n/k/a FERROSTAAL METALS
...M/V SEA SWIFT, et al.
)

and Complaint on the following defendant
...s of Civil Procedure Rule 4: (f)(2)(c) (ii):

...TIME, INC.
...CARRIER CO LTD (COSCO BULK)
...Shipping  Building 1
...i Qu, Tianjin

Very truly yours,

HMK/mjg
Encl.