UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

Man Ferrostaal, Inc. Now known as Ferrostaal Metals Groups, Inc.

                Plaintiff,

                -V-

M/V Sea Swift, her engines, boilers, tackle, etc., Sea Swift Maritimes Inc., Cosco Bulk Carrier Co. Ltd. (Cosco Bulk), Dalian Shoyo International Transportation Co. Ltd.

                Defendants,

**CERTIFICATE OF MAILING**

07 CV 11407 (PAC)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**4th day of January, 2008**

I served the

SUMMONS & Verified Complaint with Prayer for Maritime Attachment

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**19th day of December, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 896 245 US

_____
CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
Proctors in Admiralty

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 2, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

INC. n/k/a FERROSTAAL METALS
V SEA SWIFT, et al.

l Complaint on the following defendant
f Civil Procedure Rule 4: (f)(2)(c) (ii):

TERNATIONAL
CO., INC.

Square
Hedong District

**Receipt for Registered Mail:**
- Registered No. RB632896245US
- Reg. Fee $10.15
- Handling Charge $0.00
- Return Receipt $2.15
- Postage $1.80
- Restricted Delivery $0.00
- Date Stamp: 0004 08 01/04/08
- Customer Must Declare Full Value $0.00
- Without Postal Insurance

FROM: KINGSLEY, KINGSLEY & CALKINS
91 West Cherry Street
Hicksville, NY 11801
Our File # 7903

TO: Dalian Shomo International
Transportation Co., Inc.
Tianjin Branch
Room 1608, 16th Floor
Tianxing River Front Square
No 81, Jing Road, Hedong District
Tianjin, CHINA

PS Form 3806, May 2004

Very truly yours,

[signature]

HMK/mjg
Encl.