UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

Man Ferrostaal, Inc. Now known as Ferrostaal Metals Groups, Inc.

        Plaintiff,

-V-

M/V Sea Swift, her engines, boilers, tackle, etc., Sea Swift Maritimes Inc., Cosco Bulk Carrier Co. Ltd. (Cosco Bulk), Dalian Shoyo International Transportation Co. Ltd.

        Defendants,

**CERTIFICATE OF MAILING**

07 CV 11407 (PAC)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 4th day of January, 2008

I served the

SUMMONS & Verified Complaint with Prayer for Maritime Attachment

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 19th day of December, 2007

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 896 259 US**

J. Michael McMahon
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 2, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: MAN FERROSTAAL, INC. n/k/a FERROSTAAL METALS GROUP, INC. v. M/V SEA SWIFT, et al.

[Receipt for Registered Mail affixed over letter body]

Registered No. RB632896259US
Reg. Fee $10.15
Handling Charge $0.00
Return Receipt $2.15
Postage $1.80
Restricted Delivery $0.00
Date Stamp 0004 08 01/04/08

FROM: KINGSLEY, KINGSLEY & CALKINS
91 West Cherry Street
Hicksville, NY 11801
Our File # 7903

TO: Cosco Bulk Carrier Co. Ltd. (Cosco Bulk)
Room 901 A Ocean Shipping Building 1
Ocean Plaza, Hebei Qui, Tianjin
300170 CHINA

PS Form 3806, Receipt for Registered Mail
May 2004 (7530-02-000-9051)

[Partially visible letter text:]
...d Complaint on the following defendant ... of Civil Procedure Rule 4: (f)(2)(c) (ii):

...RIER CO LTD (COSCO BULK)
...hipping Building 1
...Qu, Tianjin

Very truly yours,

[signature]

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 2, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: MAN FERROSTAAL, INC. n/k/a FERROSTAAL METALS GROUP, INC. v. M/V SEA SWIFT, et al.



id Complaint on the following defendant of Civil Procedure Rule 4: (f)(2)(c)(ii):

RIER CO LTD (COSCO BULK)
hipping Building 1
Qu, Tianjin

Very truly yours,