HMK/mjg FS 7903

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MAN FERROSTAAL, Inc. now known as
FERROSTAAL METALS GROUP, INC.

              Plaintiff,                      07 CIV 11407 (PAC)(DFE)
                                                        ECF CASE

    - against -

M/V SEA SWIFT, her engines, boilers, tackle, etc.,      **VOLUNTARY**
SEA SWIFT MARITIME INC., COSCO BULK            **DISMISSAL**
CARRIER CO. LTD. (COSCO BULK),
DALIAN SHOYO INTERNATIONAL
TRANSPORTATION CO., LTD.

              Defendants.
-----------------------------------------------------------------X

      No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: May 19, 2008

                                              KINGSLEY, KINGSLEY & CALKINS
                                              Attorneys for Plaintiff

                                          BY: _____
                                              HAROLD M. KINGSLEY
                                              91 W. Cherry Street
                                              Hicksville, New York 11801
                                              (516) 931-0064