HMK/mjg FS 7903

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MAN FERROSTAAL, Inc. now known as
FERROSTAAL METALS GROUP, INC.

                    Plaintiff,

   - against -

M/V SEA SWIFT, her engines, boilers, tackle, etc.,
SEA SWIFT MARITIME INC., COSCO BULK
CARRIER CO. LTD. (COSCO BULK),
DALIAN SHOYO INTERNATIONAL
TRANSPORTATION CO., LTD.

                    Defendants.
----------------------------------------------------------------X

07 CIV 11407 (PAC)(DFE)
ECF CASE

**VOLUNTARY
DISMISSAL**

     No answer having been filed in this action, it is hereby dismissed
pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Clerk
of Court is directed to close this case.

Dated: May 19, 2008

                    KINGSLEY, KINGSLEY & CALKINS
                    Attorneys for Plaintiff

                    BY: _____
                    HAROLD M. KINGSLEY
                    91 W. Cherry Street
                    Hicksville, New York 11801
                    (516) 931-0064

SO ORDERED: MAY 2 0 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE